Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| LINDA LEE EARLYWINE | ) Chapter 13 <br> ) <br> ) Case No.: 8:09-bk-20181-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301060** in the sum of **$188.11** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    D EDWARD HAYS
    MARSHACK HAYS LLP
    5410 TRABUCO RD., STE 130
    IRVINE, CA 92186

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Desc | Principal Payment |
|---|---|---|---|---|---|---|---|
| 0920181 | LINDA LEE EARLYWINE ACCT: | Claim: 00000 | XXX-XX-0448 | 188.11 | 0.00 | | 188.11 |
| | | TOTALS | | 188.11 | 0.00 | | 188.11 |

LINDA LEE EARLYWINE

BALANCE:            [0.00 13/00000]
SSN: XXX-XX-0448   SSN:
ACCT:                            CASE: 0920181
PRINCIPAL:     188.11   INTEREST:      0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

**0301060**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$188.11

PAY   One Hundred Eighty Eight And 11/100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑆0301060⑆ ⑇061100790⑇ 000000575186 2⑈